# SIXTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 6D23-993
Lower Tribunal No. 21-CA-001027

_____

SFR SERVICES, LLC a/a/o JAMES ELKIN and SANDRA ELKIN,

Appellant,

v.

EDISON INSURANCE COMPANY,

Appellee.

_____

Appeal from the Circuit Court for Lee County.
Keith R. Kyle, Judge.

March 19, 2024

PER CURIAM.

AFFIRMED.

STARGEL, SMITH and BROWNLEE, JJ., concur.


Erin M. Berger and Melissa A. Giasi, of Giasi Law, P.A., Tampa, for Appellant.

Diane H. Tutt, of Conroy Simberg, Hollywood, for Appellee.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED